**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6269**

———————

RANDOLPH KELLY,

                    Plaintiff – Appellant,

          v.

HELEN F. FAHEY, Virginia Parole Board Chair; WENDY K.
BROWN, Court and Legal Services Manager; SCOTT ROBERTS,
Probation/Parole Officer,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Anthony John Trenga,
District Judge. (1:13-cv-00036-AJT-IDD)

———————

Submitted: July 18, 2013              Decided: July 22, 2013

———————

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Randolph D. Kelly, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph D. Kelly appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. Fahey, No. 1:13-cv-00036-AJT-IDD (E.D. Va. filed Feb. 11, 2013 & entered Feb. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED